In the Matter of the Application of the ATTORNEY-GENERAL OF THE STATE OF NEW YORK, Respondent, to Have Paid into the State Treasury the Proceeds of a Certain Bond in the Sum of $1,000 Heretofore Deposited with the Sheriff of the County of New York by LUDWIG C. A. K. MARTENS, Appellant, under a Bailable Attachment, etc.— Order affirmed, with ten dollars costs and disbursements, and brief for appellant stricken from the files on the ground that it is scandalous and impertinent. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.; Smith, J., dissenting from affirmance of order on the ground that reasonable notice to appear was not given.